UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **2:23-cr-00403-MHH-JHE-1** |
| } | |
| **JEREMY CATRELL FOSTER,** } | |
| } | |
| **Defendant.** } | |

## MEMORANDUM OPINION AND ORDER

Mr. Foster has asked the Court to suppress evidence law enforcement officers observed in plain view during a protective sweep. (Doc. 12). After conducting an evidentiary hearing concerning Mr. Foster's motion, (Docs. 18, 19), and considering the parties' briefs, (Docs. 16, 20), the Magistrate Judge entered a report in which he recommended that the Court deny Mr. Foster's motion to suppress, (Doc. 21). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days. (Doc. 21). To date, the Court has not received objections from either party.

The Court adopts the Magistrate Judge's analysis and finds that the officers who arrested Mr. Foster on outstanding warrants properly conducted a Type One protective sweep of the hallway and breakroom adjacent to the public space in which

the officers encountered and arrested Mr. Foster. While conducting a Type One protective sweep of the breakroom, a law enforcement officer saw in plain view in the adjacent, lighted bedroom a rifle. That rifle provided a basis for a Type Two sweep of the bedroom, and officers could seize the rifle and other evidence in plain view in the bedroom under the plain view doctrine. Therefore, for the reasons thoroughly discussed in the Magistrate Judge's report, the Court denies Mr. Foster's motion to suppress.

**DONE** and **ORDERED** this May 6, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE